| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gajarsa, Arthur J. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Federal Circuit | 3. Date of Report<br><br>07/15/2010 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Appeals Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>717 Madison Place, N.W.<br>Washington, D.C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Trustees | Rensselaer Institute |
| 2. Board of Visitors | Georgetown University |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2010 AUG 0 A 11: 12 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 07/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | PRESIDENT & DIRECTORS OF GEORGETOWN COLLEGE FOR GEORGETOWN UNIVERSITY - W-2 WAGES | $7,700.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION | 03/27/2009 | NEW YORK, NY | PANELIST | TRANSPORTATION, MEALS |
| 2. | FEDERAL CIRCUIT BAR ASSOCIATION | 06/18/09 -06/20/09 | WHITE SULPHUR SPRINGS, WV | PANELIST | TRANSPORTATION, MEALS, LODGING |
| 3. | WORLD RESEARCH GROUP | 07/28/09 - 07/29/09 | NEW YORK, NY | KEYNOTE SPEAKER | TRANSPORTATION, MEALS, LODGING |
| 4. | STATE BAR OF GEORGIA | 11/11/09 - 11/15/09 | SANTO DOMINGO, D.R. | PANELIST | TRANSPORTATION, MEALS, LODGING |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 07/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. MORGAN STANLEY SMITH BARNEY | PORTFOLIO CREDIT LINE | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 07/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. COIN COLLECTION | | None | L | W | | | | | |
| 2. BANK OF AMERICA | A | Interest | K | T | | | | | |
| 3. ROCKYWOLD DEEPHAVEN CAMPS | A | Dividend | K | T | | | | | |
| 4. SPECIAL SITUATIONS LIFE SCIENCES FUND LP | B | Int./Div. | M | U | Redeemed (part) | 12/31/09 | M | | |
| 5. ORTEC THERAPEUTICS INC | | None | K | T | | | | | |
| 6. CHASE PACKAGING CORP TEX | | None | K | T | | | | | |
| 7. EAGLE BANCORP INC MD | | None | K | T | | | | | |
| 8. HOLOGIC INC | | None | J | T | | | | | |
| 9. INSULET CORP | | None | L | T | | | | | |
| 10. CONSOLIDATED EDISON | C | Dividend | L | T | | | | | |
| 11. FEDERAL REALTY INVESTMENT TRUST | B | Dividend | | | Sold | 09/01/09 | K | E | |
| 12. NSTAR | B | Dividend | K | T | | | | | |
| 13. UDR INC | A | Dividend | K | T | | | | | |
| 14. UNIVERSAL HEALTH REALTY INCOME TRUST | D | Dividend | M | T | | | | | |
| 15. MASSMUTUAL CORPORATE INVESTORS | D | Dividend | L | T | | | | | |
| 16. MASS MUTUAL PARTICIPATION INVS | D | Dividend | M | T | | | | | |
| 17. EATON VANCE GREATER INDIA FUND | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 07/15/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CITI CORP TRUST BANK "ACCOUNT" | A | Interest | | | | | | | |
| 19. CITIBANK NA SOUTH DAKOTA BNK DEPO PRGM "ACCOUNT" | A | Interest | J | T | | | | | |
| 20. ANADIGICS INC | | None | K | T | | | | | |
| 21. APPLE INC - LONG CALL EXP 01/17/09 | | None | | | Sold | 01/21/09 | J | | |
| 22. CORNING INC | A | Dividend | K | T | | | | | |
| 23. EASTMAN KODAK CALLS LT OPTION EXP 1/17/09 | | None | | | Sold | 01/21/09 | J | | |
| 24. ENERGY CONVERSION DEVICES INC | | None | | | Sold | 12/28/09 | J | | |
| 25. NATIONSHEALTH INC | | None | | | Sold | 07/17/09 | J | | |
| 26. RUMSON-FAIR HAVEN BK & TRUST CO | | None | K | T | | | | | |
| 27. TGC INDUSTRIES INC | | None | L | T | Sold (part) | 05/18/09 | K | E | |
| 28. POWERSHARES EXCHANGE - TRADED FD | A | Dividend | J | T | | | | | |
| 29. CPI CAPITAL NORTH AMERICA SER A | | None | L | T | Buy (add'l) | 06/22/09 | J | | |
| 30. CAPITOL PRIVATE OPP LP | C | Int./Div. | M | T | Buy (add'l) | 02/17/09 | J | | |
| 31. CAPITOL PRIVATE OPP LP | | None | | | Buy (add'l) | 04/01/09 | K | | |
| 32. CAPITOL PRIVATE OPP LP | | None | | | Buy (add'l) | 08/11/09 | K | | |
| 33. CALL JUNIPER NETWORKS MAY 09 | | None | | | Buy | 04/29/09 | J | | |
| 34. CALL JUNIPER NETWORKS MAY 09 | | None | | | Sold | 05/06/09 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 -$15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 07/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. CALL SYNAPTICS APRIL 09 | | None | | | Buy | 03/10/09 | J | | |
| 36. CALL SYNAPTICS APRIL 09 | | None | | | Sold | 03/31/09 | J | C | |
| 37. CALL VALUECLICK MAY 09 | | None | | | Buy | 05/01/09 | J | | |
| 38. CALL VALUECLICK MAY 09 | | None | | | Sold | 05/12/09 | J | | |
| 39. MORGAN STANLEY SMITH BARNEY IRA -20-12 | A | Int./Div. | J | T | | | | | |
| 40. - CITI BANK NA BANK DEPOSIT PROGRAM "ACCOUNT" | | | | | | | | | |
| 41. -CITIBANK NA SOUTH DAKOTA BNK DEPO PRGM "ACCOUNT" | | | | | | | | | |
| 42. - BANK OF AMERICA CORP | | | | | | | | | |
| 43. MORGAN STANLEY SMITH BARNEY IRA - 80-16 | E | Int./Div. | L | T | | | | | |
| 44. - CITIBANK NA BANK DEPOSIT PROGRAM "ACCOUNT" | | | | | Closed | 10/28/09 | J | | |
| 45. -CITIBANK NA SOUTH DAKOTA BNK DEPO PRGM "ACCOUNT" | | | | | Closed | 10/13/09 | L | | |
| 46. -DIANA SHIPPING INC | | | | | Transferred (to line 77) | 10/13/09 | | | |
| 47. - ANADIGICS INC | | | | | Transferred (to line 72) | 10/13/09 | | | |
| 48. -CHASE PACKAGING CORP TEX | | | | | Transferred (to line 76) | 10/13/09 | | | |
| 49. - ENERGY CONVERSION DEVICES INC | | | | | Transferred (to line 79) | 10/13/09 | | | |
| 50. -HEALTH CARE REIT INC | | | | | Transferred (to line 80) | 10/13/09 | | | |
| 51. - INTERMEC INC | | | | | Transferred (to line 83) | 10/13/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R - Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 07/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - INTRAOP MEDICAL CORP | | | | | Transferred (to line 84) | 10/13/09 | | | |
| 53. - MOTOROLA INC | | | | | Transferred (to line 88) | 10/13/09 | | | |
| 54. - RUMSON-FAIR HAVEN BK & TRUST CO | | | | | Transferred (to line 91) | 10/13/09 | | | |
| 55. - SOHU.COM INC | | | | | Sold | 10/16/09 | K | E | |
| 56. - TGC INDUSTRIES INC | | | | | Transferred (to line 100) | 10/13/09 | | | |
| 57. - TIME WARNER INC NEW | | | | | Transferred (to line 102) | 10/13/09 | | | |
| 58. - UNIVERSAL HEALTH REALTY INCOME TRUST | | | | | Transferred (to line 103) | 10/13/09 | | | |
| 59. - MASS MUTUAL PARTICIPATION INVS | | | | | Transferred (to line 87) | 10/13/09 | | | |
| 60. -CVCI CAYMEN OFF II CLA | | | | | | | | | |
| 61. -VALE S.A. ADR (FORMERLY COMPANHIA VALE DI RIO ADR DOCE) | | | | | Transferred (to line 104) | 10/13/09 | | | |
| 62. -DISCOVER FINANCIAL SERVICES | | | | | Transferred (to line 78) | 10/13/09 | | | |
| 63. -IDEARC INC | | | | | Transferred (to line 81) | 10/13/09 | | | |
| 64. -INSULET CORP | | | | | Transferred (to line 82) | 10/13/09 | | | |
| 65. -LEGG MASON INC | | | | | Transferred (to line 85) | 10/13/09 | | | |
| 66. -MERRILL LYNCH & CO INC | | | | | Merged (with line 67) | 01/02/09 | | | |
| 67. -BANK OF AMERICA CORP (MERGER WITH MERRILL LYNCH) | | | | | Transferred (to line 74) | 10/13/09 | | | |
| 68. -QWEST COMMUNICATIONS INTL | | | | | Sold | 05/05/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Gajarsa, Arthur J. | | 07/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -MASSMUTUAL CORPORATE INVS INC | | | | | Transferred (to line 86) | 10/13/09 | | | |
| 70. AMERITRADE IRA | D | Int./Div. | O | T | | | | | |
| 71. -CASH INSURED DEPOSIT "ACCOUNT" | | | | | Open | 10/13/09 | L | | |
| 72. -ANADIGICS INC | | | | | Transferred (from line 47) | 10/13/09 | | | |
| 73. -AOL INC (SPIN-OFF FROM TIME WARNER, INC.) | | | | | Spinoff (from line 102) | 12/10/09 | J | | |
| 74. -BANK OF AMERICA CORP (FORMERLY MERRILL LYNCH LINE 66) | | | | | Transferred (from line 67) | 10/13/09 | | | |
| 75. -BANK OF AMERICA CORP | | | | | Buy (add'l) | 03/25/09 | J | | |
| 76. -CHASE PACKAGING CORPORATION CM | | | | | Transferred (from line 48) | 10/13/09 | | | |
| 77. -DIANA SHIPPING INC | | | | | Transferred (from line 46) | 10/13/09 | | | |
| 78. -DISCOVER FINL SVCS | | | | | Transferred (from line 62) | 10/13/09 | | | |
| 79. -ENERGY CONVERSION DEVICES IN | | | | | Transferred (from line 49) | 10/13/09 | | | |
| 80. -HEALTH CARE REIT INC | | | | | Transferred (from line 50) | 10/13/09 | | | |
| 81. -IDEARC INC | | | | | Transferred (from line 63) | 10/13/09 | | | |
| 82. -INSULET CORPORATION | | | | | Transferred (from line 64) | 10/13/09 | | | |
| 83. -INTERMEC INC | | | | | Transferred (from line 51) | 10/13/09 | | | |
| 84. -INTRAOP MEDICAL CORP | | | | | Transferred (from line 52) | 10/13/09 | | | |
| 85. -LEGG MASON INC | | | | | Transferred (from line 65) | 10/13/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 07/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -MASSMUTUAL CORPORATE INVS IN | | | | | Transferred (from line 69) | 10/13/09 | | | |
| 87. -MASSMUTUAL PARTICIPATION INV SH BEN INT | | | | | Transferred (from line 59) | 10/13/09 | | | |
| 88. -MOTOROLA INC | | | | | Transferred (from line 53) | 10/13/09 | | | |
| 89. -ROSETTA STONE, INC | | | | | Buy | 05/06/09 | K | | |
| 90. -ROSETTA STONE, INC | | | | | Buy (add'l) | 05/13/09 | J | | |
| 91. -RUMSON-FAIR HAVEN BANK & TRUST | | | | | Transferred (from line 54) | 10/13/09 | | | |
| 92. -STEC INC | | | | | Buy | 09/02/09 | J | | |
| 93. -STEC INC | | | | | Buy (add'l) | 09/14/09 | J | | |
| 94. -STEC INC | | | | | Buy (add'l) | 09/18/09 | J | | |
| 95. -STEC INC | | | | | Buy (add'l) | 09/21/09 | J | | |
| 96. -STEC INC | | | | | Buy (add'l) | 10/19/09 | J | | |
| 97. -STEC INC | | | | | Buy (add'l) | 10/28/09 | J | | |
| 98. -STEC INC | | | | | Buy (add'l) | 11/04/09 | J | | |
| 99. -STEC INC | | | | | Buy (add'l) | 11/06/09 | J | | |
| 100. -TGC INDS INC | | | | | Transferred (from line 56) | 10/13/09 | | | |
| 101. -TIME WARNER CABLE INC | | | | | Spinoff (from line 102) | 03/17/09 | J | | |
| 102. -TIME WARNER INC | | | | | Transferred (from line 57) | 10/13/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 07/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -UNIVERSAL HEALTH REALTY INCM T SH BEN INT | | | | | Transferred (from line 58) | 10/13/09 | | | |
| 104. -VALE S.A. ADR | | | | | Transferred (from line 61) | 10/13/09 | | | |
| 105. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 07/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

LINES 18 IS A CASH EQUIVALENT FUND WITHIN MORGAN STANLEY SMITH BARNEY. CASH IS MOVED INTO AND OUT OF THIS FUND IN A MANNER SIMILAR TO A BANK ACCOUNT. AT 12/31/2009 THERE WERE NO FUNDS IN THIS ACCOUNT, BUT THE ACCOUNT REMAINS AVAILABLE.

MOTOROLA INC - 2008 FDR LINES 34 AND 35 REPORTED PARTIAL SALES IN 2008, WITH THE COMBINED AMOUNT RESULTING IN A COMPLETE DISPOSITION OF THIS STOCK IN 2008.

CITICORP TRUST BANK, FSB (CASH EQUIVILANT) (2008 LINE 64) WAS DISPOSED OF IN 2008 AND DOES NOT APPEAR ON THE 2009 FDR.

LINES 43 AND 70 - ALL SECURITIES FROM THE MORGAN STANLEY SMITH BARNEY (MSSB) IRA 80-16 (EXCEPT FOR CVCI CAYMEN OFF II CLA-LINE 60) WERE TRANSFERRED INTO THE AMERITRADE IRA ACCOUNT ON 10/13/2009. THE CASH WAS ALSO TRANSFERRED BY CLOSING THE MSSB ACCOUNT BALANCES (LINES 44 AND 45) AND OPENING A CASH ACCOUNT WITHIN THE AMERITRADE IRA (LINE 71.)

LINES 66, 67 AND 74 - MERRILL LYNCH WAS MERGED INTO BANK OF AMERICA ON 1/2/2009. BANK OF AMERICA STOCK WAS RECEIVED IN EXCHANGE FOR THE MERRILL LYNCH STOCK. THE BANK OF AMERICA STOCK WAS THEN TRANSFERRED FROM THE MSSB IRA 80-16 INTO THE AMERITRADE IRA ON 10/13/2009.

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 07/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle. N.E.
Washington, D.C. 20544